UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JOE HAND PROMOTIONS, INC.,      )
                                )   1:10-CV-01702 OWW DLB
                                )
            Plaintiff,          )
                                )
     v.                         )   ORDER DISMISSING DEFENDANTS
                                )
TASHA A. JAMES, et al.          )
                                )
                                )
            Defendants.         )
                                )
                                )
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that the following Defendants: Tasha A. James a/k/a Tasha A. Tayian a/k/a Tasha A. Vassilev, individually and d/b/a Pizza Factory a/k/a Visalia Pizza Factory 1, and West Coast Pizza Concepts, Inc., an unknown business entity d/b/a Pizza Factory a/k/a Visalia Pizza Factory 1, **only** are dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   January 5, 2011**             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE