1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030**

4  **Tel:  626-799-9797**
   **Fax:  626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **Joe Hand Promotions, Inc.**

7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9                     **FRESNO DIVISION**

10

**JOE HAND PROMOTIONS, INC.,**          **CASE NO. 1:10-cv-01702-OWW-DLB**
11
                                        **PLAINTIFF'S *EX PARTE***
12        **Plaintiff,**                **APPLICATION FOR AN ORDER**
                                        **CONTINUING SCHEDULING**
13        **vs.**                       **CONFERENCE; AND ORDER**

14  **TASHA A. JAMES, et al.,**

15
          **Defendants.**
16

17

18        Plaintiff Joe Hand Promotions, Inc. hereby applies *ex parte* for an order continuing the Scheduling

19  Conference in this action, presently set for Friday, March 11, 2011 at 8:15 A.M. to a new date

20  approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that

21  Plaintiff's counsel has recently perfected service on defendants[1] Kari Deanne Carlton and James & Carlton

22  Family Pizza, Inc.[2]  Plaintiff's counsel spoke to individual defendant Kari Deanne Carlton yesterday

23  afternoon at length.  Based upon the representations made by Ms. Carlton and the documentation

24  Plaintiff's counsel expects to receive from Ms. Carlton in support of such representations, Plaintiff

25  anticipates dismissing individual defendant Kari Deanne Carlton, individually and d/b/a Pizza Factory

26

27  [1] Original defendants Tasha A. James a/k/a Tasha A. Tayian a/k/a Tasha A. Vassilevand West Coast Pizza Concepts, Inc.
    were dismissed without prejudice on January 5, 2011.

28
    [2] The Proofs of Service as to defendants Kari Deanne Carlton and James & Carlton Family Pizza, Inc.  have yet to be filed
    with the Court

    **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
    **SCHEDULING CONFERENCE; AND ORDER**
    **CASE NO. 1:10-cv-01702-OWW-DLB**
    **PAGE 1**

PDF created with pdfFactory trial version www.pdffactory.com

1   a/k/a Visalia Pizza Factory 1, and shall proceed to prosecute the instant action as to co-defendant

2   James & Carlton Family Pizza, Inc., only.

3          In any event, as of this writing, Plaintiff has yet to receive an answer or any other responsive

4   pleading from the corporate co-defendant James & Carlton Family Pizza, Inc..  As a result, Plaintiff's

5   counsel has yet to confer with this particular defendant concerning the claims, discovery, settlement,

6   ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint

7   Scheduling Conference Statement.

8          **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Scheduling

9   Conference presently scheduled for Friday, March 11, 2011 to a new date approximately thirty (30) to

10  forty-five (45) days forward.

11

                                        Respectfully submitted,
12
    Dated: March 3, 2011                */s/ Thomas P. Riley*
13                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                         By: Thomas P. Riley
14                                       Attorneys for Plaintiff
                                         Joe Hand Promotions, Inc.
15

16                                       **<u>ORDER</u>**

17

18         It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-01702-OWW-

19  DLB styled *Joe Hand Promotions, Inc. v. Tasha A. James a/k/a Tasha A. Tayian a/k/a Tasha A. Vassilev,*

20  *et al.*, is hereby continued from Friday, March 11, 2011 at 8:15 A.M. to a new date of

21  **May 5, 2011 at 8:15 A.M.**

22         Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of

23  Service of this Order with the Clerk of the Court.

24

25  **IT IS SO ORDERED**.

26  Dated: March 7, 2011               **/s/ OLIVER W. WANGER**
                                        United States District Judge
27

28

    **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
    **SCHEDULING CONFERENCE; AND ORDER**
    **CASE NO. 1:10-cv-01702-OWW-DLB**
    **PAGE 2**