UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KARI DEANNE CARLTON, INDIVIDUALLY ) <br> and d/b/a PIZZA FACTORY A/K/A ) <br> VISALIA PIZZA FACTORY 1 ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) | 1:10-CV-01702 OWW DLB <br><br><br> **ORDER DISMISSING DEFENDANT** |

Pursuant to the notice of voluntary dismissal filed March 15, 2011 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that defendant Kari Deanne Carlton, individually and d/b/a/ Pizza Factory a/k/a Visalia Pizza Factory 1, ONLY, is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 24, 2011**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1